JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAO NGUYEN,<br><br>        Plaintiff,<br><br>vs.<br><br>KURT SCHNEIDER, as Executor of the Estate of LYLE D. SCHNEIDER, deceased; KURT SCHNEIDER, Trustee of the LYLE D. SCHNEIDER REVOCABLE TRUST, dated September 21, 2007, deceased; and DOES 1 to 10, inclusive;<br><br>        Defendants. | CASE No. EDCV13-02162-JLS (RZx)<br><br>**ORDER REMANDING THE MATTER TO THE RIVERSIDE COUNTY SUPERIOR COURT**<br><br>Date:        February 7, 2014<br>Time:       2:30 p.m.<br>Courtroom:  10-A<br>Judge:      Hon. Josephine L. Staton |

Pursuant to the Joint Stipulation to Remand, the Court hereby finds that it lacks subject matter jurisdiction over this matter.

IT IS HEREBY ORDERED that the above-entitled action is remanded to the Riverside County Superior Court, Case No. PSC1301861.

**SO ORDERED:**

Dated: January 27, 2014   _____
  Honorable Josephine L. Staton
  United States District Judge